**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Kristina Lebedeva

                         Plaintiff,

v.                                      Case No.: 1:16–cv–09061
                                         Honorable Amy J. St. Eve

Fitness International, LLC

                         Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 19, 2017:

         MINUTE entry before the Honorable Susan E. Cox: Parties informed the Court that the case has settled. Settlement conference set for 4/20/2017 is hereby stricken. All matters relating to the referral of this action are resolved; case returned to the assigned judge. Referral terminated. Mailed notice (np, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.